**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Derek J. Kovalcin | CHAPTER 13 |
| | BKY. NO. 19-22643 CMB |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              jwarmbrodt@kmllawgroup.com