# United States Bankruptcy Court
## Western District of Pennsylvania

In re  Derek J Kovalcin
Debtor(s)

Case No.  19-22643
Chapter  13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Derek J Kovalcin, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  July 27, 2019

Signature  /s/ Derek J Kovalcin
Derek J Kovalcin
Debtor

## Payroll Self-Service

VERIZON PENNSYLVANIA LLC
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

| | | |
|---|---|---|
| Pay Group | BBW | |
| Pay Begin Date | 06/09/2019 | |
| Pay End Date | 06/15/2019 | |

| | |
|---|---|
| Advice # | 42155394 |
| Advice Date | 06/21/2019 |

Kovalcin, Derek James
511 Carmalot Street
North Huntingdon PA 15642

| | |
|---|---|
| Employee ID | 2507398 |
| Mail Drop | H00000000 |
| Location | 323 Camp Hollow Rd |
| Cycle Rate | 1,549.00 |

| Tax Data | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 0 | 0 |
| Addl. Pct. | 0 | 0 |
| Addl. Amt. | 0 | 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| CURRENT PAY PERIOD: | | | | | |
| 06/09/2019-06/15/2019 | | | | | |
| Regular Pay | 38.725333 | 3.75 | 145.22 | 641 | 24,822.67 |
| Basic Wages Non Prod | 38.724706 | 4.25 | 164.58 | 197.25 | 7,639.30 |
| Vacation | 38.725 | 32 | 1,239.20 | 32 | 1,239.20 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 | 0 | 0 | 0.00 | 102.75 | 5,970.65 |
| OT Paid @ 1.5 FLSA Rt | 0 | 0 | 0.00 | 67.25 | 3,996.38 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 645.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 268.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 2.5 | 96.81 |
| Holiday | 0 | 0 | 0.00 | 56 | 2,168.59 |
| Holiday Worked Pay | 0 | 0 | 0.00 | 6.25 | 363.05 |
| Lead to Succeed Cash | 0 | 0 | 0.00 | 0 | 117.75 |
| OT Paid @ 2.0 FLSA Rt | 0 | 0 | 0.00 | 44 | 3,514.94 |
| OT Paid @ 1.0 | 0 | 0 | 0.00 | 8 | 309.80 |
| OT Adjustment | 0 | 0 | 0.00 | 0 | 85.41 |
| OT Paid @ 2.0 | 0 | 0 | 0.00 | 59.5 | 4,608.25 |
| Regular Pay @ 2.0 | 0 | 0 | 0.00 | 8 | 619.61 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| Differential | 0 | 0 | 0.00 | 0 | 807.01 |
| Extra Wages | 0 | 0 | 0.00 | 0 | 12.50 |
| TOTAL | | 0 | 1,549.00 | 0 | 59,827.25 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 131.35 | 1,383.70 | 6,655.68 | 55,642.35 |
| Fed MED/EE | 21.41 | 1,476.64 | 841.26 | 58,018.25 |
| Fed OASDI/EE | 91.55 | 1,476.64 | 3,597.13 | 58,018.25 |
| PA Unempl EE | 0.93 | 1,549.00 | 35.90 | 59,827.25 |
| PA Withholding | 45.31 | 1,476.00 | 1,780.68 | 58,002.25 |
| PA WEST MIFFLIN BO Withholding | 14.76 | 1,476.00 | 580.02 | 58,002.25 |
| PA WEST MIFFLIN LS Tax | 1.00 | 1,476.00 | 25.00 | 57,736.25 |
| TOTAL | 306.31 | | 13,515.67 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 92.94 | 2,375.90 |
| Before-Tax Medical | 73.00 | 1,825.00 |
| TOTAL | 165.94 | 4,200.90 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 565.36 |
| Employee Supl Life | 8.32 | 208.00 |
| COPE CWA | 1.00 | 25.00 |
| TOTAL | 31.78 | 798.36 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.64 | 16.00 |

### TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,549.00 | 1,383.70 | 306.31 | 197.72 | 1,044.97 |
| YTD | 59,827.25 | 55,642.35 | 13,515.67 | 4,959.26 | 41,312.12 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct # | XXXXXX8174 | 1,044.97 |
| TOTAL | | 1,044.97 |

Regular Pay 06/09/19-06/15/19  Exception Pay 06/09/19-06/15/19

## Payroll Self-Service

**VERIZON PENNSYLVANIA LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

| | | |
|---|---|---|
| Pay Group | BBW | |
| Pay Begin Date | 06/02/2019 | |
| Pay End Date | 06/08/2019 | |

| Advice # | 42113362 |
|---|---|
| Advice Date | 06/14/2019 |

**Kovalcin, Derek James**
511 Carmalot Street
North Huntingdon PA 15642

| | |
|---|---|
| Employee ID | 2607398 |
| Mail Drop | H00000000 |
| Location | 323 Camp Hollow Rd |
| Cycle Rate | 1,549.00 |

| Tax Data | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 0 | 0 |
| Addl. Pct. | 0 | 0 |
| Addl. Amt. | 0 | 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| CURRENT PAY PERIOD: | | | | | |
| 06/02/2019-06/08/2019 | | | | | |
| Regular Pay | 38.724903 | 38.75 | 1,500.59 | 637.25 | 24,677.45 |
| OT Paid @ 1.5 | 58.086067 | 9 | 522.78 | 102.75 | 5,970.65 |
| Basic Wages Non Prod | 38.728 | 1.25 | 48.41 | 193 | 7,473.81 |
| OT Paid @ 2.0 | 77.450909 | 5.5 | 425.98 | 59.5 | 4,608.25 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 FLSA Rt | 0 | 0 | 0.00 | 67.25 | 3,996.38 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 645.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 268.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 25 | 98.81 |
| Holiday | 0 | 0 | 0.00 | 56 | 2,168.59 |
| Holiday Worked Pay | 0 | 0 | 0.00 | 6.25 | 303.05 |
| Lead to Succeed Cash | 0 | 0 | 0.00 | 0 | 117.75 |
| OT Paid @ 2.0 FLSA Rt | 0 | 0 | 0.00 | 44 | 3,514.94 |
| OT Paid @ 1.0 | 0 | 0 | 0.00 | 8 | 309.80 |
| OT Adjustment | 0 | 0 | 0.00 | 0 | 85.41 |
| Regular Pay @ 2.0 | 0 | 0 | 0.00 | 8 | 619.61 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| Differential | 0 | 0 | 0.00 | 0 | 607.01 |
| Extra Wages | 0 | 0 | 0.00 | 0 | 12.50 |
| TOTAL | | 0 | 2,497.76 | 0 | 58,278.25 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 300.93 | 2,332.46 | 6,524.53 | 54,258.65 |
| Fed MED/EE | 35.16 | 2,425.40 | 819.85 | 56,541.61 |
| Fed OASDI/EE | 150.37 | 2,425.40 | 3,505.58 | 56,541.61 |
| PA Unempl EE | 1.50 | 2,497.76 | 34.97 | 58,278.25 |
| PA Withholding | 74.44 | 2,424.76 | 1,735.37 | 56,526.25 |
| PA WEST MIFFLIN BO Withholding | 24.25 | 2,424.76 | 565.26 | 56,526.25 |
| PA WEST MIFFLIN LS Tax | 1.00 | 2,424.76 | 24.00 | 56,260.25 |
| TOTAL | 590.65 | | 13,209.56 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 92.94 | 2,282.96 |
| Before-Tax Medical | 73.00 | 1,752.00 |
| TOTAL | 165.94 | 4,034.96 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 542.90 |
| Employee Supl Life | 8.32 | 199.68 |
| COPE CWA | 1.00 | 24.00 |
| TOTAL | 31.78 | 766.58 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.64 | 15.38 |

### TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,497.76 | 2,332.46 | 590.05 | 197.72 | 1,709.39 |
| YTD | 58,278.25 | 54,258.65 | 13,209.56 | 4,801.54 | 40,267.15 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct # | XXXXXX8174 | 1,709.39 |
| TOTAL | | 1,709.39 |

Regular Pay: 06/02/19-06/08/19  Exception Pay: 06/02/19-06/08/19

# Payroll Self-Service

**VERIZON PENNSYLVANIA LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

| | | | |
|---|---|---|---|
| Pay Group | B6W | Advice # | 42089128 |
| Pay Begin Date | 05/26/2019 | Advice Date | 06/07/2019 |
| Pay End Date | 06/01/2019 | | |

**Kovalcin, Derek James**
511 Carmalot Street
North Huntingdon PA 15642

| | | Tax Data | Federal | PA State |
|---|---|---|---|---|
| Employee ID | 2607398 | Marital Status | Exempt | N/A |
| Mail Drop | H00000000 | Allowances | 0 | 0 |
| Location | 323 Camp Hollow Rd | Addl. Pct. | 0 | 0 |
| Cycle Rate | 1 549.00 | Addl. Amt. | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| CURRENT PAY PERIOD: 05/26/2019-06/01/2019 | | | | | |
| Regular Pay | 38.725079 | 15.75 | 609.92 | 598.5 | 23,176.66 |
| OT Paid @ 1.5 | 58.13 | 9 | 523.17 | 93.75 | 5,447.87 |
| Basic Wages Non Prod | 38.724848 | 8.25 | 319.48 | 191.75 | 7,425.40 |
| Holiday | 38.725 | 8 | 309.80 | 56 | 2,168.59 |
| Holiday Worked Pay | 58.088 | 6.25 | 363.05 | 6.25 | 363.05 |
| OT Paid @ 1.0 | 38.725 | 8 | 309.80 | 8 | 309.80 |
| OT Paid @ 2.0 | 77.449649 | 9.25 | 716.40 | 54 | 4,182.27 |
| Regular Pay @ 2.0 | 77.45125 | 8 | 619.61 | 8 | 619.61 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 FLSA Rt | 0 | 0 | 0.00 | 67.25 | 3,696.38 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 645.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 268.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 2.5 | 96.81 |
| Lead to Succeed Cash | 0 | 0 | 0.00 | 0 | 117.75 |
| OT Paid @ 2.0 FLSA Rt | 0 | 0 | 0.00 | 44 | 3,514.84 |
| OT Adjustment | 0 | 0 | 0.00 | 0 | 85.41 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| Differential | 0 | 0 | 0.00 | 0 | 607.01 |
| Extra Wages | 0 | 0 | 0.00 | 0 | 12.50 |
| TOTAL | | 0 | 3,771.23 | 0 | 55,780.49 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 0.00 | 3,605.93 | 6,220.60 | 51,926.19 |
| Fed MED/EE | 53.04 | 3,698.87 | 784.69 | 54,116.21 |
| Fed OASDI/EE | 229.33 | 3,698.87 | 3,355.21 | 54,116.21 |
| PA Unempl EE | 2.26 | 3,771.23 | 33.47 | 55,780.49 |
| PA Withholding | 113.54 | 3,698.23 | 1,660.93 | 54,101.49 |
| PA WEST MIFFLIN BO Withholding | 36.98 | 3,698.23 | 541.01 | 54,101.49 |
| PA WEST MIFFLIN LS Tax | 1.00 | 3,698.23 | 23.00 | 53,835.49 |
| TOTAL | 436.75 | | 12,618.91 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 92.94 | 2,190.02 |
| Before-Tax Medical | 73.00 | 1,679.00 |
| TOTAL | 165.94 | 3,869.02 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 520.44 |
| Employee Supl Life | 8.32 | 191.36 |
| COPE CWA | 1.00 | 23.00 |
| TOTAL | 31.78 | 734.80 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.64 | 14.72 |

## TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,771.23 | 3,605.93 | 436.75 | 197.72 | 3,136.76 |
| YTD | 55,780.49 | 51,926.19 | 12,618.91 | 4,603.82 | 38,557.76 |

## NET PAY DISTRIBUTION

| Checking Acct # | XXXXXX5174 | 3,136.76 |
|---|---|---|
| TOTAL | | 3,136.76 |

Regular Pay 05/26/19-06/01/19  Exception Pay: 05/26/19-06/01/19

# Payroll Self-Service

**VERIZON PENNSYLVANIA LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

| | |
|---|---|
| Pay Group | BSW |
| Pay Begin Date | 05/19/2019 |
| Pay End Date | 05/25/2019 |

| | |
|---|---|
| Advice # | 42043564 |
| Advice Date | 05/31/2019 |

**Kovalcin, Derek James**
511 Carmalot Street
North Huntingdon PA 15642

| | |
|---|---|
| Employee ID | 2607398 |
| Mail Drop | H00000000 |
| Location | 323 Camp Hollow Rd |
| Cycle Rate | 1,549.00 |

| Tax Data | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 0 | 0 |
| Addl. Pct. | 0 | 0 |
| Addl. Amt. | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| CURRENT PAY PERIOD: | | | | | |
| 05/19/2019-05/25/2019 | | | | | |
| Regular Pay | 38.725195 | 38.5 | 1,490.92 | 582.75 | 22,556.94 |
| OT Paid @ 1.5 FLSA Rt | 59.275558 | 9 | 533.48 | 67.25 | 3,996.38 |
| Basic Wages Non Prod | 38.72 | 1.5 | 58.08 | 183.5 | 7,105.92 |
| OT Paid @ 2.0 FLSA Rt | 79.72 | 10.25 | 817.13 | 44 | 3,514.94 |
| OT Adjustment | 0 | 0 | 1.55 | 0 | 85.41 |
| Differential | 0 | 0 | 46.47 | 0 | 607.01 |
| PRIOR PAY PERIOD: | | | | | |
| 04/01/2019-04/30/2019 | | | | | |
| Lead to Succeed Cash | 0 | 0 | 9.00 | 0 | 117.75 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 | 0 | 0 | 0.00 | 84.75 | 4,924.70 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 845.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 266.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 2.5 | 96.81 |
| Holiday | 0 | 0 | 0.00 | 48 | 1,858.79 |
| OT Paid @ 2.0 | 0 | 0 | 0.00 | 44.75 | 3,465.87 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| Extra Wages | 0 | 0 | 0.00 | 0 | 12.50 |
| TOTAL | | 0 | 2,955.63 | 0 | 52,009.26 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 404.27 | 2,788.54 | 6,220.60 | 48,320.28 |
| Fed MED/EE | 41.82 | 2,884.27 | 731.05 | 50,417.34 |
| Fed OASDI/EE | 178.83 | 2,884.27 | 3,125.86 | 50,417.34 |
| PA Unempl EE | 1.78 | 2,955.63 | 31.21 | 52,009.26 |
| PA Withholding | 88.53 | 2,883.63 | 1,547.39 | 50,403.26 |
| PA WEST MIFFLIN BO Withholding | 28.83 | 2,883.63 | 504.03 | 50,403.26 |
| PA WEST MIFFLIN LS Tax | 1.00 | 2,883.63 | 22.00 | 50,137.26 |
| TOTAL | 745.06 | | 12,182.16 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 95.73 | 2,097.08 |
| Before-Tax Medical | 73.00 | 1,606.00 |
| TOTAL | 168.73 | 3,703.08 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 497.98 |
| Employee Supl Life | 8.32 | 183.04 |
| COPE CWA | 1.00 | 22.00 |
| TOTAL | 31.78 | 703.02 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Impld Inc* | 0.64 | 14.08 |

## TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,955.63 | 2,788.54 | 745.06 | 200.51 | 2,011.06 |
| YTD | 52,009.26 | 48,320.28 | 12,182.16 | 4,406.10 | 35,421.00 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct # | XXXXXX8174 | 2,011.06 |
| TOTAL | | 2,011.06 |

Regular Pay: 05/19/19-05/25/19  Exception Pay: 05/19/19-05/25/19

# Payroll Self-Service

**VERIZON PENNSYLVANIA LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

| | | |
|---|---|---|
| Pay Group | BBW | |
| Pay Begin Date | 05/12/2019 | |
| Pay End Date | 05/18/2019 | |
| Advice # | 42021820 | |
| Advice Date | 05/24/2019 | |

**Kovalcin, Derek James**
511 Carmalot Street
North Huntingdon PA 15642

| | |
|---|---|
| Employee ID | 2607393 |
| Mail Drop | H00000000 |
| Location | 323 Camp Hollow Rd |
| Cycle Rate | 1,549.00 |

| Tax Data | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 0 | 0 |
| Addl. Pct. | 0 | 0 |
| Addl. Amt. | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| CURRENT PAY PERIOD: | | | | | |
| 05/12/2019-05/18/2019 | | | | | |
| Regular Pay | 38.725 | 30 | 1,161.75 | 544.25 | 21,076.02 |
| OT Paid @ 1.5 | 58.089333 | 7.5 | 435.67 | 84.75 | 4,924.70 |
| Basic Wages Non Prod | 38.725 | 2 | 77.45 | 182 | 7,047.84 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 FLSA Rt | 0 | 0 | 0.00 | 58.25 | 3,462.90 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 645.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 266.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 25 | 96.81 |
| Holiday | 0 | 0 | 0.00 | 48 | 1,858.79 |
| Lead to Succeed Cash | 0 | 0 | 0.00 | 0 | 108.75 |
| OT Paid @ 2.0 FLSA Rt | 0 | 0 | 0.00 | 33.75 | 2,697.81 |
| OT Adjustment | 0 | 0 | 0.00 | 0 | 63.86 |
| OT Paid @ 2.0 | 0 | 0 | 0.00 | 44.75 | 3,465.87 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| Differential | 0 | 0 | 0.00 | 0 | 560.54 |
| Extra Wages | 0 | 0 | 0.00 | 0 | 12.50 |
| TOTAL | | 0 | 1,674.87 | 0 | 49,052.63 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 148.46 | 1,509.57 | 5,816.33 | 45,531.72 |
| Fed MED/EE | 23.24 | 1,602.51 | 689.23 | 47,533.07 |
| Fed OASDI/EE | 99.36 | 1,602.51 | 2,947.05 | 47,533.07 |
| PA Unempl EE | 1.00 | 1,674.87 | 29.43 | 49,052.63 |
| PA Withholding | 49.16 | 1,601.87 | 1,458.86 | 47,519.63 |
| PA WEST MIFFLIN BO Withholdng | 16.02 | 1,601.87 | 475.20 | 47,519.63 |
| PA WEST MIFFLIN LS Tax | 1.00 | 1,601.87 | 21.00 | 47,253.63 |
| TOTAL | 338.26 | | 11,437.10 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 92.94 | 2,001.35 |
| Before-Tax Medical | 73.00 | 1,533.00 |
| TOTAL | 165.94 | 3,534.35 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 475.52 |
| Employee Supl Life | 8.32 | 174.72 |
| COPE CWA | 1.00 | 21.00 |
| TOTAL | 31.78 | 671.24 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.64 | 13.44 |

## TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,674.87 | 1,509.57 | 338.26 | 197.72 | 1,140.89 |
| YTD | 49,052.63 | 45,531.72 | 11,437.10 | 4,205.59 | 33,409.94 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct # | XXXXXX8174 | 1,140.89 |
| TOTAL | | 1,140.89 |

Regular Pay: 05/12/19-05/18/19  Exception Pay: 05/12/19-05/18/19.

## Payroll Self-Service

**VERIZON PENNSYLVANIA LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

**Kovalcin, Derek James**
511 Carmalot Street
North Huntingdon PA 15642

| | |
|---|---|
| Pay Group | B&W |
| Pay Begin Date | 05/05/2019 |
| Pay End Date | 05/11/2019 |
| Employee ID | 2607398 |
| Mail Drop | H00000000 |
| Location | 323 Camp Hollow Rd |
| Cycle Rate | 1,549.00 |

| | |
|---|---|
| Advice # | 41974398 |
| Advice Date | 05/17/2019 |

| Tax Data | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 0 | 0 |
| Addl. Pct. | 0 | 0 |
| Addl. Amt. | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| CURRENT PAY PERIOD: | | | | | |
| 05/05/2019-05/11/2019 | | | | | |
| Regular Pay | 38.724828 | 29 | 1,123.02 | 514.25 | 19,914.27 |
| OT Paid @ 1.5 FLSA Rt | 59.782222 | 9 | 538.04 | 58.25 | 3,462.90 |
| Basic Wages Non Prod | 38.725455 | 11 | 425.98 | 180 | 6,970.39 |
| OT Paid @ 2.0 FLSA Rt | 80.8225 | 4 | 323.29 | 33.75 | 2,697.81 |
| Differential | 0 | 0 | 46.47 | 0 | 560.54 |
| Extra Wages | 0 | 0 | 12.50 | 0 | 12.50 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 | 0 | 0 | 0.00 | 77.25 | 4,489.03 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 645.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 266.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 25 | 96.81 |
| Holiday | 0 | 0 | 0.00 | 48 | 1,858.79 |
| Lead to Succeed Cash | 0 | 0 | 0.00 | 0 | 108.75 |
| OT Adjustment | 0 | 0 | 0.00 | 0 | 83.66 |
| OT Paid @ 2.0 | 0 | 0 | 0.00 | 44.75 | 3,465.87 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| TOTAL | | 0 | 2,469.30 | 0 | 47,377.76 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 297.05 | 2,301.21 | 5,669.87 | 44,022.15 |
| Fed MED/EE | 34.75 | 2,396.94 | 665.99 | 45,930.56 |
| Fed OASDI/EE | 148.61 | 2,396.94 | 2,847.69 | 45,930.56 |
| PA Unempl EE | 1.46 | 2,469.30 | 28.43 | 47,377.76 |
| PA Withholding | 73.57 | 2,396.30 | 1,409.68 | 45,917.76 |
| PA WEST MIFFLIN BO Withholding | 23.96 | 2,396.30 | 459.18 | 45,917.76 |
| PA WEST MIFFLIN LS Tax | 1.00 | 2,396.30 | 20.00 | 45,651.76 |
| TOTAL | 580.42 | | 11,100.84 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 95.73 | 1,908.41 |
| Before-Tax Medical | 73.00 | 1,460.00 |
| TOTAL | 168.73 | 3,368.41 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 453.06 |
| Employee Supl Life | 8.32 | 166.40 |
| COPE CWA | 1.00 | 20.00 |
| TOTAL | 31.78 | 639.46 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Impd Inc* | 0.64 | 12.80 |

### TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,469.30 | 2,301.21 | 580.42 | 200.51 | 1,688.37 |
| YTD | 47,377.76 | 44,022.15 | 11,100.84 | 4,007.87 | 32,269.05 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct # | XXXXXX8174 | 1,688.37 |
| TOTAL | | 1,688.37 |

Regular Pay: 05/05/19-05/11/19  Exception Pay: 05/05/19-05/11/19.

https://ps-prdsso.ehr.verizon.com/payroll/    7/8/2019

## Payroll Self-Service

VERIZON PENNSYLVANIA LLC
900 Race St
Philadelphia PA 19107
1-800-932-7947

View PDF

Kovalcin, Derek James
511 Carmalct Street
North Huntingdon PA 15642

| | |
|---|---|
| Pay Group | B&W |
| Pay Begin Date | 04/28/2019 |
| Pay End Date | 05/04/2019 |
| Employee ID | 2607398 |
| Mail Drop | H00000000 |
| Location | 323 Camp Hollow Rd |
| Cycle Rate | 1,549.00 |

| | |
|---|---|
| Advice # | 41953277 |
| Advice Date | 05/10/2019 |

| Tax Data | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 0 | 0 |
| Addl. Pct. | 0 | 0 |
| Addl. Amt. | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| CURRENT PAY PERIOD: | | | | | |
| 04/28/2019-05/04/2019 | | | | | |
| Regular Pay | 38.72517 | 36.75 | 1,423.15 | 485.25 | 18,791.25 |
| OT Paid @ 1.5 FLSA Rt | 59.855758 | 8.25 | 493.81 | 49.25 | 2,924.86 |
| Basic Wages Non Prod | 38.723077 | 3.25 | 125.85 | 169 | 6,544.41 |
| Differential | 0 | 0 | 46.47 | 0 | 514.07 |
| YTD HISTORY: | | | | | |
| OT Paid @ 1.5 | 0 | 0 | 0.00 | 77.25 | 4,469.03 |
| Attendance Lump Sum Payout | 0 | 0 | 0.00 | 0 | 645.42 |
| Corp Profit Share | 0 | 0 | 0.00 | 0 | 256.00 |
| Equivalent Time Off | 0 | 0 | 0.00 | 25 | 96.81 |
| Holiday | 0 | 0 | 0.00 | 48 | 1,858.79 |
| Lead to Succeed Cash | 0 | 0 | 0.00 | 0 | 108.75 |
| OT Paid @ 2.0 FLSA Rt | 0 | 0 | 0.00 | 29.75 | 2,374.52 |
| OT Adjustment | 0 | 0 | 0.00 | 0 | 83.85 |
| OT Paid @ 2.0 | 0 | 0 | 0.00 | 44.75 | 3,465.87 |
| Sunday Premium Pay | 0 | 0 | 0.00 | 47.25 | 2,744.82 |
| TOTAL | | 0 | 2,089.28 | 0 | 44,908.48 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholding | 213.45 | 1,921.19 | 5,372.82 | 41,720.94 |
| Fed MED/EE | 29.25 | 2,016.92 | 631.24 | 43,533.82 |
| Fed OASDI/EE | 125.04 | 2,016.92 | 2,699.08 | 43,533.62 |
| PA Unempl EE | 1.26 | 2,089.28 | 26.95 | 44,908.46 |
| PA Withholding | 61.90 | 2,016.28 | 1,336.11 | 43,521.46 |
| PA WEST MIFFLIN BO Withholding | 20.16 | 2,016.28 | 435.22 | 43,521.46 |
| PA WEST MIFFLIN LS Tax | 1.00 | 2,016.28 | 19.00 | 43,255.46 |
| TOTAL | 452.06 | | 10,520.42 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Before Tax | 95.73 | 1,812.68 |
| Before-Tax Medical | 73.00 | 1,387.00 |
| TOTAL | 168.73 | 3,199.68 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 22.46 | 430.60 |
| Employee Supl Life | 8.32 | 158.08 |
| COPE CWA | 1.00 | 19.00 |
| TOTAL | 31.78 | 607.68 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 0.64 | 12.16 |

### TOTALS

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,089.28 | 1,921.19 | 452.06 | 200.51 | 1,436.71 |
| YTD | 44,908.46 | 41,720.94 | 10,520.42 | 3,807.36 | 30,580.68 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct # | XXXXXX8174 | 1,436.71 |
| TOTAL | | 1,436.71 |

Regular Pay 04/28/19-05/04/19  Exception Pay 04/28/19-05/04/19