| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Derek J Kovalcin** | | Social Security number or ITIN | **xxx–xx–8226** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  13 | **6/29/19** |
| Case number: | **19–22643–CMB** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Derek J Kovalcin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 511 Carmalott St<br>Irwin, PA 15642 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 7/29/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/25/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/9/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/26/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/26/19** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-22643-CMB
Derek J Kovalcin                                                        Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: aala                   Page 1 of 2                   Date Rcvd: Jul 29, 2019
                               Form ID: 309I                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db            +Derek J Kovalcin,    511 Carmalott St,    Irwin, PA 15642-2504
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15080317      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15080318       Bb&t,   Credit Card Disputes,    Wilson, NC 27894
15080321      +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
15095037      +Excela Health,    134 Industrial Park Road,    Greensburg, PA 15601-7328
15080324      +Jpmcb Card,    Po Box 15298,   Wilmington, DE 19850-5298
15080325      +Kubota Credit Corporat,    Po Box 2046,    Grapevine, TX 76099-2046
15080326      +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15080327       Mfgrs & Traders Trust,    Po Box 7678,    Buffalo, NY 14240
15080328      +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15080330       Sheffield Financial Co,    Attn Credit Disputes Dept,    Clemmons, NC 27012
15095052      +Weltman Weinberg & Reis,    436 7th Avenue,    Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecf@westernpabankruptcy.com Jul 30 2019 02:42:53      Lawrence W. Willis,
                Willis & Associates,    201 Penn Center Blvd,   Suite 310,    Pittsburgh, PA 15235
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2019 02:45:00      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 30 2019 02:45:03
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +EDI: PRA.COM Jul 30 2019 06:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15095026      +EDI: AMEREXPR.COM Jul 30 2019 06:28:00      American Express,   Post Office Box 297871,
                Fort Lauderdale, FL 33329-7871
15095027       EDI: AIS.COM Jul 30 2019 06:28:00      American Info Source Lp,   Post Office Box 248848,
                Oklahoma City, OK 73124-8848
15095032      +EDI: CITICORP.COM Jul 30 2019 06:28:00      CITIBANK,   701 E 60TH ST N,
                Sioux Falls, SD 57104-0493
15095033      +EDI: CITICORP.COM Jul 30 2019 06:28:00      CITIBANK SOUTH DAKOTA N A,
                701 E. 60th Street North,    Sioux Falls, SD 57104-0493
15080319      +EDI: CAPITALONE.COM Jul 30 2019 06:28:00      Cap1/bstby,    Po Box 30253,
                Salt Lake City, UT 84130-0253
15085381       EDI: CAPITALONE.COM Jul 30 2019 06:28:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15080320      +EDI: CAPITALONE.COM Jul 30 2019 06:28:00      Capital One Bank Usa N,    Po Box 30281,
                Salt Lake City, UT 84130-0281
15080322      +E-mail/Text: bankruptcy@clearviewfcu.org Jul 30 2019 02:45:04      Clearview Federal Cu,
                8805 University Blvd,    Coraopolis, PA 15108-4212
15083931       EDI: DISCOVER.COM Jul 30 2019 06:28:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
15080323      +EDI: DISCOVER.COM Jul 30 2019 06:28:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
15095040      +EDI: IRS.COM Jul 30 2019 06:28:00      Internal Revenue Service,    1000 Liberty Avenue,
                Room 727,    Pittsburgh, PA 15222-4107
15080329      +EDI: PRA.COM Jul 30 2019 06:28:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
15095048      +EDI: RMSC.COM Jul 30 2019 06:28:00      SYNCB,    C/O P O BOX 965015,    Orlando, FL 32896-0001
15080331      +EDI: RMSC.COM Jul 30 2019 06:28:00      Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
15080332      +EDI: RMSC.COM Jul 30 2019 06:28:00      Syncb/sams Club Dc,    Po Box 965005,
                Orlando, FL 32896-5005
15080622      +EDI: RMSC.COM Jul 30 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15080333      +EDI: CITICORP.COM Jul 30 2019 06:28:00      Thd/cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                                TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Lakeview Loan Servicing, LLC
15095028*     +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15095029*      Bb&t,   Credit Card Disputes,    Wilson, NC 27894
15095030*     +Cap1/bstby,    Po Box 30253,   Salt Lake City, UT 84130-0253
15095031*     +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15095034*     +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
15095035*     +Clearview Federal Cu,    8805 University Blvd,    Coraopolis, PA 15108-4212
15095036*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15095038*     +Internal Revenue Service,    Insolvency Unit,    POB 7346,   Philadelphia, PA 19101-7346
15095039*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
15095041*     +Jpmcb Card,    Po Box 15298,   Wilmington, DE 19850-5298
15095042*     +Kubota Credit Corporat,    Po Box 2046,    Grapevine, TX 76099-2046
```

```
District/off: 0315-2          User: aala               Page 2 of 2            Date Rcvd: Jul 29, 2019
                              Form ID: 309I            Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****
15095043*       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15095044*        Mfgrs & Traders Trust,    Po Box 7678,    Buffalo, NY 14240
15095045*       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15095046*       +Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15095047*        Sheffield Financial Co,    Attn Credit Disputes Dept,    Clemmons, NC 27012
15095049*       +Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
15095050*       +Syncb/sams Club Dc,    Po Box 965005,    Orlando, FL 32896-5005
15095051*       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
                                                                                TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Derek J Kovalcin ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```