## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-22643-CMB |
| | : | |
| Derek J. Kovalcin, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated May 21, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated May 20, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated May 22, 2020

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Derek Kovalcin
511 Carmalott Street
Irwin, PA 15642

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Bankamerica
4909 Savarese Circle
Tampa, FL 33634

Bb&t
Credit Card Disputes
Wilson, NC 27894

Cap1/bstby
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Clearview Federal Cu
8805 University Blvd
Coraopolis, PA 15108

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Jpmcb Card
Po Box 15298
Wilmington, DE 19850

Kubota Credit Corporat
Po Box 2046
Grapevine, TX 76099

M & T Bank Mortgage
1 Fountain Plz
Buffalo, NY 14203

Mfgrs & Traders Trust
Po Box 7678
Buffalo, NY 14240

Midland Funding
320 East Big Beaver
Troy, MI 48083

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Sheffield Financial Co
Attn Credit Disputes Dept
Clemmons, NC 27012

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/sams Club Dc
Po Box 965005
Orlando, FL 32896

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117