# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** DEREK J KOVALCIN
- **Case Number:** 19-22643-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 16, 2020  09:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/23/20 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matter:

#39 - Amended Plan Dated 5/20/2020 (FC)
R / M #:  39 / 0

## Appearances:

- **Debtor:** Willis
- **Trustee:** Winnecour / Pail / **Katz** / DeSimone
- **Creditor:**

*$1329 modification to reduce UNS P8T due to Covid-19 loss of overtime*

## Proceedings:

**Outcome:**

1. \_\_\_ Case Converted to Chapter 7
2. \_\_\_ Case Converted to Chapter 11
3. \_\_\_ Case Dismissed without Prejudice
4. \_\_\_ Case Dismissed with Prejudice
5. \_\_\_ Debtor is to inform Court within \_\_\_ days their preference to Convert or Dismiss
6. \_\_\_ The plan payment/term is increased/extended to \_\_\_, effective \_\_\_.
7. ✓ Plan/Motion continued to **10/22/20** at **1:30 pm**
8. \_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by \_\_\_.
   Objections are due on or before \_\_\_.
   A hearing on the Amended Plan is set for \_\_\_ at \_\_\_.
9. \_\_\_ Contested Hearing: \_\_\_ at \_\_\_.
10. \_\_\_ Other:

7/10/2020    8:08:54AM