IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-22643-CMB |
| Derek J. Kovalcin ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Derek J. Kovalcin ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 11, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **July 1, 2024.**

<u>6/14/24</u>  /s/ Ronda J. Winnecour
Date   Ronda J. Winnecour (PA I.D. #30399)
  Attorney and Chapter 13 Trustee
  U.S. Steel Tower – Suite 3250
  600 Grant Street
  Pittsburgh, PA  15219
  (412) 471-5566
  cmecf@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22643-CMB |
| Derek J Kovalcin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derek J Kovalcin, 511 Carmalott St, Irwin, PA 15642-2504 |
| 15080318 | | Bb&t, Credit Card Disputes, Wilson, NC 27894 |
| 15080327 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15103322 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15080330 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 14 2024 23:42:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 23:59:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15095026 | + | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 23:48:19 | American Express, Post Office Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15107394 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 23:47:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15095027 | | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 23:59:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15080317 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2024 23:42:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15095032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 23:59:08 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 15095033 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 23:48:27 | CITIBANK SOUTH DAKOTA N A, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 15080321 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 14 2024 23:42:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15104486 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 14 2024 23:42:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15080319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2024 23:48:44 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15085381 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2024 23:48:23 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 14 2024 23:59:08 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15080322 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 14 2024 23:42:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15083931 | | Email/Text: mrdiscen@discover.com | Jun 14 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15080323 | + | Email/Text: mrdiscen@discover.com | Jun 14 2024 23:42:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095040 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2024 23:42:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15080324 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2024 23:48:38 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 15080325 | ^ | MEBN | Jun 14 2024 23:35:36 | Kubota Credit Corporat, Po Box 2046, Grapevine, TX 76099-2046 |
| 15114689 | ^ | MEBN | Jun 14 2024 23:35:24 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15080326 | + | Email/Text: camanagement@mtb.com | Jun 14 2024 23:42:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15080328 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 23:42:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15109105 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15119844 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 23:48:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15120298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 23:59:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15080329 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 23:48:27 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15095048 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2024 23:59:19 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15080331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2024 23:47:52 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15080332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 14 2024 23:47:55 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15080622 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 23:48:38 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15080333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 23:59:20 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15095052 | + | Email/Text: pitbk@weltman.com | Jun 14 2024 23:42:00 | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15095028 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15095029 | * | Bb&t, Credit Card Disputes, Wilson, NC 27894 |

| | | |
|---|---|---|
| 15095034 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15095030 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15095031 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15095035 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15095036 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095039 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15095038 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15095041 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 15095042 | *+ | Kubota Credit Corporat, Po Box 2046, Grapevine, TX 76099-2046 |
| 15095043 | *+ | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15095044 | * | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15095045 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15095046 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15095047 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15095049 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15095050 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15118966 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15095051 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15095037 | ##+ | Excela Health, 134 Industrial Park Road, Greensburg, PA 15601-7328 |

TOTAL: 1 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |
| Lawrence W. Willis | on behalf of Debtor Derek J Kovalcin ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5