# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DEREK J KOVALCIN<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>       vs.<br>DEREK J KOVALCIN<br><br>        Respondents | Case No. 19-22643CMB<br><br>Chapter 13<br><br>Document No. 100 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __26th__ day of __September__ 20 _24_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Verizon - Payroll Svcs*Ic
Verizon Finance Operations - Global Payroll
Attn: Garnishments
899 Heathrow Park Lane Fl 2
Lake Mary, FL 32745

is hereby ordered to immediately terminate the attachment of the wages of DEREK J KOVALCIN, social security number XXX-XX-8226. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEREK J KOVALCIN.

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
9/26/24 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22643-CMB |
| Derek J Kovalcin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

**Recip ID     Recipient Name and Address**
db          + Derek J Kovalcin, 511 Carmalott St, Irwin, PA 15642-2504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

**Name                    Email Address**

Denise Carlon
                         on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Jennifer L. Cerce
                         on behalf of Creditor Norwin School District jlc@mbm-law.net

Lawrence Willis
                         on behalf of Debtor Derek J Kovalcin ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

TOTAL: 5