**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Derek J Kovalcin**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8226<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22643–CMB | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Derek J Kovalcin

12/19/24

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-22643-CMB

Derek J Kovalcin  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Dec 19, 2024 Form ID: 3180W Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derek J Kovalcin, 511 Carmalott St, Irwin, PA 15642-2504 |
| 15080318 | | Bb&t, Credit Card Disputes, Wilson, NC 27894 |
| 15095037 | + | Excela Health, 134 Industrial Park Road, Greensburg, PA 15601-7328 |
| 15080327 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15103322 | + | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15080330 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 20 2024 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 20 2024 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 20 2024 00:06:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | + | EDI: PRA.COM | Dec 20 2024 04:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15095026 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:22:39 | American Express, Post Office Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15107394 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:48:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15095027 | | EDI: AIS.COM | Dec 20 2024 04:47:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15080317 | + | EDI: BANKAMER | Dec 20 2024 04:47:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15095032 | + | EDI: CITICORP | Dec 20 2024 04:47:00 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 15095033 | + | EDI: CITICORP | | |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | Dec 20 2024 04:47:00 | CITIBANK SOUTH DAKOTA N A, 701 E. 60th Street North, Sioux Falls, SD 57104-0432 |
| 15080321 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 20 2024 00:06:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15104486 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 20 2024 00:06:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15080319 | + EDI: CAPITALONE.COM | Dec 20 2024 04:47:00 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15085381 | EDI: CAPITALONE.COM | Dec 20 2024 04:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15080320 | + EDI: CAPITALONE.COM | Dec 20 2024 04:47:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15080322 | + Email/Text: bankruptcy@clearviewfcu.org | Dec 20 2024 00:07:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15083931 | EDI: DISCOVER | Dec 20 2024 04:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15080323 | + EDI: DISCOVER | Dec 20 2024 04:47:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095040 | + EDI: IRS.COM | Dec 20 2024 04:47:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15080324 | EDI: JPMORGANCHASE | Dec 20 2024 04:47:00 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 15080325 | ^ MEBN | Dec 19 2024 23:45:06 | Kubota Credit Corporat, Po Box 2046, Grapevine, TX 76099-2046 |
| 15114689 | ^ MEBN | Dec 19 2024 23:44:50 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15080326 | + Email/Text: camanagement@mtb.com | Dec 20 2024 00:07:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15080328 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 00:07:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15109105 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2024 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15119844 | EDI: PRA.COM | Dec 20 2024 04:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15120298 | EDI: PRA.COM | Dec 20 2024 04:47:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15080329 | + EDI: PRA.COM | Dec 20 2024 04:47:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15095048 | + EDI: SYNC | Dec 20 2024 04:47:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15080331 | + EDI: SYNC | Dec 20 2024 04:47:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15080332 | + EDI: SYNC | Dec 20 2024 04:47:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15080622 | + EDI: AISACG.COM | Dec 20 2024 04:47:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15080333 | + EDI: CITICORP | Dec 20 2024 04:47:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15095052 | + Email/Text: pitbk@weltman.com | Dec 20 2024 00:07:00 | Weltman Weinberg & Reis, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

Case 19-22643-CMB    Doc 118    Filed 12/21/24    Entered 12/22/24 00:28:17    Desc
Imaged Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Dec 19, 2024 | Form ID: 3180W | Total Noticed: 40 |
| TOTAL: 36 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Norwin School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15095028 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15095029 | * | Bb&t, Credit Card Disputes, Wilson, NC 27894 |
| 15095034 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 15095030 | *+ | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15095031 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15095035 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15095036 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15095039 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15095038 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15095041 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 15095042 | *+ | Kubota Credit Corporat, Po Box 2046, Grapevine, TX 76099-2046 |
| 15095043 | *+ | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15095044 | * | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15095045 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15095046 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15095047 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15095049 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15095050 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15118966 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15095051 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Norwin School District jlc@mbm-law.net |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 19, 2024 | Form ID: 3180W | Total Noticed: 40 |

Lawrence Willis
        on behalf of Debtor Derek J Kovalcin ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 6